**Order entered July 8, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00615-CV

**NOAM NIV, Appellant**

**V.**

**MEYER & COLEGROVE, PLLC, MILTON W. COLEGROVE, JR. AND CONTEMPORARY SOLUTIONS - USA D/B/A TEXAS PIONEER TITLE AGENCY, Appellees**

On Appeal from the 366th Judicial District Court
Collin County, Texas
Trial Court Cause No. 366-04528-2011

## ORDER

Because the clerk's record has been filed, we **DENY** appellees' June 26, 2015 motion to dismiss for want of prosecution.

We **GRANT** Paul S. Sigelman's motion for admission pro hac vice and John R. Stooksberry motion in support of Mr. Sigelman's motion. Mr. Sigelman shall be allowed to participate in the proceedings in this cause, including oral argument.

/s/     CRAIG STODDART
JUSTICE